[No. 31918-3-I. Division One. February 7, 1994.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*, v. WEYERHAEUSER COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-06253-4, Mary Wicks Brucker, J., entered November 23, 1992. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Webster, C.J., and Agid, J.

[No. 31105-1-I. Division One. February 7, 1994.]

THE STATE OF WASHINGTON, *on the Relation of Tucker Andrew Weston, Respondent*, DEBORAH JEANNE DALLMAN, *Statutory Party*, v. JOHN INGRAM WESTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-5-00027-9, John F. Wilson, J., entered May 7, 1992. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Coleman and Agid, JJ.

[No. 15741-1-II. Division Two. February 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES A. NALL, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 90-1-00413-2, Wm. Thomas McPhee, J., entered February 7, 1992. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Alexander, J.